

**ORDERED in the Southern District of Florida on July 08, 2010.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          Case No. 10-10924-JKO
DAVID D. BRAGG                                   Chapter 13
XXX-XX-5819
EILEEN S. BRAGG
XXX-XX-5199

                    Debtor(s).
_____/

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NUMBERS 1, 4, 5 & 8

THIS CAUSE having come before the court on July 7, 2010 for a hearing on the Attorney for Debtors' Objection to Claim Numbers 1, 4, 5 & 8. Based upon the record, it is **ORDERED** as follows:

1. Debtors' Objection to Claim of PNC Bank, Claim Number __1__ is sustained and the claim is therefore stricken and creditor shall not receive any distribution from the plan or from the chapter 13 trustee; and

2. Debtors' Objection to Claim of Chase Bank USA NA, Claim Number __4__ is sustained and the claim is therefore allowed as a general unsecured claim in the amount of $50.00; and

      3.      Debtor's Objection to Claim of HSBC Bank Nevada NA, Claim Number __5__ is sustained and the claim is therefore stricken and disallowed; and

      4.      Debtor's Objection to Claim of BMW Financial Services, Claim Number __8__ is sustained and the claim is therefore stricken and disallowed.

###

Submitted by:
Christian J. Olson, Esq.
Law Offices of Simonson & Olson, P.A.
4901 NW 17th Way, Suite 504
Fort Lauderdale, FL 33309
(954) 492-1013

Copies furnished to:
Debtor's Attorney Olson is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt.