# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

___1ST___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: DAVID D. BRAGG         JOINT DEBTOR: EILEEN S BRAGG    CASE NO.: 10-10924-JKO
Last Four Digits of SS# 5819      Last Four Digits of SS# 5199

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __41__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
- A.  $ 105.83  for months  1  to  40 ;
- B.  $ 297.00  for months  41  to  41 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,025.00   TOTAL PAID $ 2,025.00
       Balance Due   $ 2,000.00  payable $ 50.00 /month (Months  1  to  40 )
       **Fee Itemization; $3,500.00 base fee; $525.00 to file Motion to Modify.**

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date  $ _____
Address: _____  Arrears Payment  $ _____ /month (Months ____ to ____)
                              Regular Payment  $ _____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due  $ _____
           Payable  $ _____ /month (Months ____ to ____) Regular Payment $ _____
           Payable  $ _____ /month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ 51.72 /month (Months  1  to  40 ) and Pay $ 269.12 /month (Months  41  to  41 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The claims bar date was 6/1/10. This plan pays 100% of all allowed claims. The Debtors are making monthly mortgage payments on the residential homestead property located on 13701 SW 37 Ct, Davie FL 33330 directly to secured creditor, Wells Fargo Hm Mortgage (6788), outside of this plan. The Debtors are surrendering the residential property located on 1415 Killarney Dr, Sebring FL 33875 directly to secured creditor, Citimortgage Inc (6684), outside of this plan. The Debtors are surrendering the residential property located on 9901 NW 6 Ct, Plantation FL 33324 directly to secured creditors, Wells Fargo Bank (7630)/Wells Fargo Hm Mortgage (3944), PNC Bank - National City (3351) and Waterford Courtyards, outside of this plan. The Debtors are making monthly boat payments on a 2004 Hew Pathfinder directly to secured creditor, Bank Of The West (1890), outside of this plan.

___/s/ **FILED ECF**_____      Date: May 20, 2013
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)

LF-31 (rev. 12/01/09)